IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., )<br>)<br>Plaintiff,   )<br>)<br>v.   )<br>)<br>)<br>)<br>3.81 ACRES IN PATRICK COUNTY,   )<br>VIRGINIA, ET AL.   )<br>)<br>Defendants. | Case No. 4:02-CV-00153<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>United States District Court |

Before me is a *Motion in Limine* filed by the Defendant.

(1) For the reasons stated on the record, the *Defendant's Motion for an Order in Limine Excluding the Testimony of James Johnston on Construction of Homes Next to a Pipeline* [95] is hereby GRANTED. However, should the issue be opened during the cross-examination of James Johnston, he will be permitted to testify regarding his own observations. Additionally, the testimony of James Johnston in this trial is limited to matters addressed in the report he prepared for use in this trial.

The Clerk is directed to send certified copies of this Order to all counsel of record. Entered this 10th day of November, 2005.

s/Jackson L. Kiser
Senior United States District Judge