IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| EAST TENNESSEE NATURAL GAS CO., )<br>)<br>Plaintiff,           ) <br>)<br>v.                    )<br>)<br>                      )<br>)<br>3.81 ACRES IN PATRICK COUNTY, )<br>VIRGINIA, ET AL.      )<br>)<br>Defendants. | Case No. 4:02-CV-00153<br><br>**ORDER**<br><br>By: Jackson L. Kiser<br>United States District Court |

Before me are three *Motions in Limine* filed by the Plaintiff.

(1) For the reasons stated on the record, and hearing no objection from the Defendants, the *Plaintiff's Motion for an Order in Limine Excluding Any Reference to the Pipeline's Alleged Effect on Virginia Martin's Health [91]* is hereby **GRANTED**.

(2) For the reasons stated on the record, *Plaintiff's Motion for an Order in Limine Excluding the Subdivision Plat [93]* is hereby **GRANTED**.

(3) *Plaintiff's Motion for an Order in Limine Excluding the "Updated" Appraisal and Testimony of Dennis Gruelle [97]* is hereby **DENIED.** For the reasons stated in the record, and because Dennis Gruelle's "updated" appraisal and testimony does not significantly prejudice the Plaintiff, such testimony will be allowed at trial in this case.

The Clerk is directed to send certified copies of this *Order* to all counsel of record.

Entered this 10th day of November, 2005.

                                                s/Jackson L. Kiser

                                                Senior United States District Judge